FILED

01/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0578

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0578

_____

HANNA SHEPARD,

      Plaintiff and Appellee,

  v.

WALMART,

      Defendant and Appellant.

O R D E R

_____

On December 10, 2024, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Pursuant to M. R. App. P. 7(7)(b),

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 13 2025